IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| M'Lissa Foreman | : | Civil Action No. 4:08-CV-00138 |
| Plaintiff, | : | |
| vs. | : | |
| LAW OFFICE OF CURTIS O. BARNES, P.C. | : | |
| | : | |
| Defendant. | | |

## DISMISSAL WITH PREJUDICE

Plaintiff, M'Lissa Foreman, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement between the parties. Plaintiff signs out for costs.

Respectfully submitted,

_____
RAY JOHNSON
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com